James L. WILLIAMS, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7118.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Martie S. Adelman, Richard J. Hipolit, Michael N. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

James L. Williams, Atlanta, GA, pro se.

* Before filing the motion to vacate and remand, the Secretary moved to continue the

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decision in *Williams v. Principi*, 02–1046 (March 21, 2003), and remand for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).* James L. Williams responds, stating "my position is affirmative relief."

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary's motion to vacate and remand is granted.

stay in this appeal. That motion is granted.